### PETITION OF CHARLES WHITFIELD, 1742

COLONY OF RHODE ISLAND ETC. CURIA ADMIRALITATIS   At a Court of Vice Admiralty held At Newport in the Colony afores[d] On Thursday the 25th of March A: D 1742.

Petition of Charles Whitfield

The Hon[ble] Sam[l] Pemberton Esq[r] Dep. Judge

Present: Joseph Fox Dep. Reg[r] William King Dep. Marsh[l]

The Court being Opened, the Petition of Charles Whitfield was read and allowed, and the Court Appointed Cap[t] William Read and Robert Shearman both of Newport Merch[ts] to View the Goods etc. mentioned in the s[d] Petition or Information and to put a just Estimate upon the same and make their report to the Court as soon as can Conveniently be done — s[d] William Read and Robert Shearman were Sworn to make a true report to the Court of their doings thereon and then the Court was Adjourned Until to Morrow 3 a Clock P: M

Petition of Charles Whitfield                                             March 26th 1742.

The Court being opened according to Adjournment and the Parties not being ready for want of some Papers they moved to the Court that it might

be adjourned to a farther time, Upon which the Court was adjourned to Thursday the 8th of April next at 3 a Clock P: M

Petition of Charles Whitfield                                    April 8th 1742.
The Court being Opened According Adjournment The Appraisers not yet ready with their return the Court was Adjourned to Thursday the 15th Ins[t] at 3 a Clock P: M

Ap[l] 15th
The Court being opened According to Adjournm[t] The Appraisers not yet ready with their return the Court was Adjourned to Thursday the 22[d] Ins[t] at 3 a Clock P: M

Petition of Charles Whitfield                                    April 22[d]
The Court being Opened according to Adjournmn[t] The Appraisers not yet being ready with their return the Court was Adjourned until to Morrow 11 a Clock A: M

Petition of Charles Whitfield                                    April 23[d] 1742.
The Court being Opened according to Adjournment The Appraisers not being yet ready with their return The Court was Adjourned to Thursday the 6th of May next at 3 aClock P: M

Petition of Charles Whitfield                                    6th May 1742.
The Court being Opened according to Adjournm[t] the parties not being yet ready the Court is adjourned to Thursday the 14th Ins[t] at 3 a Clock P. M